*Oscar Reese,* for plaintiff.
*Sidney Holderness,* for defendant.

---

.Mote *v.* Heath, administratrix.

Little, J. While the evidence on the main points in issue was conflicting, it was amply sufficient to authorize the judgment rendered in the city court. No complaint being made of any rulings of law, there. was no error in overruling the certiorari.

> *Judgment affirmed. All the Justices concurring.*

Submitted October 10, — Decided November 4, 1899.

Certiorari. Before Judge Harris. Carroll superior court. April term, 1899.

*Reese & Gordon,* for plaintiff in error.
*Felix N. Cobb* and *W. P. Cole,* contra.

---

Oconee & Western Railroad Company *v.* Ramsay.

Little, J. 1. There was no error in refusing to grant a nonsuit, nor in refusing to direct a verdict for the defendant.

2. Whether the husband of the plaintiff was killed on the street-crossing, or on the track of the railroad away from the crossing, were questions of fact, as were also the questions of negligence on the part of the defendant, and whether the deceased could have avoided the negligence of the defendant by the exercise of ordinary care. There was evidence which authorized the jury to find that the defendant was negligent in the operation of the train, and that the deceased was struck and killed at a public street-crossing; and therefore the rule which governs the liability of a railroad company to a trespasser on its track is not necessarily involved, as the jury might have legally returned a verdict against the defendant on the other theory in the case. A new trial was properly refused, and the judgment is                *Affirmed. All the Justices concurring.*

Argued October 13, — Decided November 4, 1899.

Action for damages. Before Judge Hart. Laurens superior court. July term, 1899.

*A. F. Daley, A. C. Pate,* and *P. L. Wade,* for plaintiff in error. *J. B. Sanders* and *Anderson, Felder & Davis,* contra.